

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-07-00146-CR
_____

ALDARIAN TYRONE DAVIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 124th Judicial District Court
Gregg County, Texas
Trial Court No. 35871-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Aldarian Tyrone Davis appeals his conviction by the trial court on his open plea of guilty to the offense of unlawful possession of a firearm by a felon. *See* TEX. PENAL CODE ANN. § 46.04(a) (Vernon Supp. 2007). Davis has two other appeals before this Court: cause number 06-07-144-CR (aggravated assault with a deadly weapon) and cause number 06-07-145-CR (possession of a controlled substance with intent to deliver).

Because the issues raised in each appeal are identical, for the reasons stated in our opinion dated this day in *Davis v. State*, cause number 06-07-00144-CR, we affirm the judgment of the trial court.

Bailey C. Moseley
Justice

Date Submitted: June 13, 2008
Date Decided: June 18, 2008

Do Not Publish

2